UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 6, 2005

Memo To Counsel Re: Yolanda Cain v. Verizon, et al.
Civil No. JFM-04-2108

Dear Counsel:

I am in receipt of Mr. Niccolini's letter of May 4, 2005.

In accordance with your joint request, I will ask that the case be referred to a magistrate judge for the purpose of holding a settlement conference. I will also grant your joint request to stay the remainder of discovery pending the settlement conference. Although you have not specifically requested, I will also suspend the filing of summary judgment motions pending the settlement conference.

Incidentally, two motions that I believe are stale are pending on the docket: a motion to dismiss filed by defendant in January and a motion for leave to file second amended complaint filed by plaintiff. Defendant's motion to dismiss is denied as moot, and plaintiff's motion for leave to file a second amended complaint is granted.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge

cc: Court File